No. 395. EASON *v.* RAGEN, WARDEN; and

No. 396. CONWAY *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 398. WADE *v.* ILLINOIS. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 406. ANDERSON *v.* RAGEN, WARDEN; and

No. 407. DAVIS *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 409. SANDERS *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 412. ANDREWS *v.* ADERHOLD, WARDEN. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Georgia denied. Petitioner *pro se. Eugene Cook,* Attorney General of Georgia, for respondent.